

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00531-CV

**IN THE INTEREST OF I.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00828
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

 In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

 It is so ORDERED on October 19, 2022.

_____
Rebeca C. Martinez, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____
Michael A. Cruz, Clerk of Court